**EPSTEIN DRANGEL LLP**
6 East 45th Street, 7th Floor, New York, NY 10017
**T:** 212.292.5390 • **E:** mail@ipcounselors.com
**www.ipcounselors.com**

October 5, 2026

**VIA ECF ONLY**
Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, NY 10007

Re: *Shoyoroll Corporation v. Chronlabz Ltd. et al*
Civil Action No. 1:26-cv-06835-DLC
Letter Requesting Adjournment of Initial Pretrial Conference

Dear Judge Cote,

We represent Plaintiff Shoyoroll Corporation ("Plaintiff") in the above-captioned case, and are writing, pursuant to Your Honor's Individual Rule 1(D), to request a sixty (60) day adjournment of the initial pretrial conference currently scheduled for October 15, 2026, at 3:00 p.m (the "Conference"). Defendant Chronlabz Ltd., Defendant Hamad Hassan d/b/a Scorpion Gi, and Defendant Scorpion Gi (collectively, "Defendants") are Canadian entities and/or individuals, which must be served via the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention"). On or about September 16, 2026, Plaintiff retained and instructed a private process server to serve all Defendants in Canada pursuant to Article 10 of the Hague Convention. Plaintiff was advised that it will take at least three to five weeks for service to be effected and a certificate of service to be received. To date, Plaintiff has not yet been notified that service has been effected nor has it received any certificate of service. Plaintiff has reached out to Defendants on numerous occasions, including to advise them of the Conference; however, Plaintiff has not received any response. Accordingly, in order to permit Plaintiff additional time to effect service on Defendants, Plaintiff respectfully requests that the Conference be adjourned until December 14, 2026, or another date that best suits the Court. This is Plaintiff's first request for any adjournment. Since Defendants have not yet been served and Plaintiff has not received any responses to its communications, it has not conferred with Defendants regarding the instant request. No schedule has been entered in this case, and as such, no other deadlines will be impacted by the proposed adjournment.

We thank the Court for its time and consideration.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: s/ *Kerry B. Brownlee*
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
6 East 45th Street, 7th Floor

The conference is adjourned to December 14 at 1:00 pm.
Denise Cote
10/6/26

New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Shoyoroll Corporation*

